**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALY EGHAILAS, | Case No. 26-cv-3759-BAS-MSB |
| Petitioner, | |
| v. | **ORDER GRANTING JOINT MOTION TO DISMISS (ECF No. 6)** |
| CHRISTOPHER LAROSE, *et al*., | |
| Respondents. | |

Presently before the Court is a joint motion to dismiss without prejudice. (ECF No. 6.) Petitioner was released from immigration custody on July 4, 2026. (*Id*.) Upon review, the Court **GRANTS** the motion. Each party shall bear its own fees and costs. (*Id*.)

The Clerk of Court shall close the case.

**IT IS SO ORDERED.**

**DATED: July 7, 2026**

_____
**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 1 -

26cv3759